United States District Court
Southern District of Texas
**ENTERED**
March 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SIDNEY MAURICE THOMPSON, IV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:24-CV-00028 |
| | § | |
| LAURIE SUE BALDWIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM AND RECOMMENDATION TO DISMISS
### CASE FOR FAILURE TO PROSECUTE

Plaintiff filed this prisoner civil rights complaint pursuant to 42 U.S.C. § 1983 on January 26, 2024.  (D.E. 1).  Plaintiff filed an application to proceed *in forma pauperis* ("IFP") on the same day but he did not file a certified copy of his prisoner trust fund account statement as required.  (D.E. 2).  Therefore, the U.S. District Clerk notified Plaintiff on January 26, 2024 and February 14, 2024 that his pleading was deficient for failing to pay the filing fee or properly requesting to proceed *in forma pauperis* (IFP").  (D.E. 5).  Plaintiff was directed to comply by February 26, 2024, and was notified that failure to comply may result in his case being dismissed.  Plaintiff did not file a certified copy of his trust fund account statement or pay the filing fee.

Therefore, on February 28, 2024, the Court entered a Notice of Deficiency and ordered Plaintiff to either pay the filing fee or submit an IFP application along with a copy of his trust fund statement by March 18, 2024.  (D.E. 6).  Plaintiff was again notified that

failure to comply may result in dismissal for want of prosecution. Fed. R. Civ. P. 41(b). To date, Plaintiff has failed to comply.

Therefore, it is respectfully recommended that Plaintiff's Motion to Proceed *In Forma Pauperis* be **DENIED** (D.E. 2) and further, that this case be **DISMISSED** pursuant to Fed.R.Civ.P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).

ORDERED on March 21, 2024.

                                                      Jason B. Libby
                                         United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).