Case 2:24-cv-00028 Document 8 Filed on 05/29/24 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SIDNEY MAURICE THOMPSON IV, | § | |
| Plaintiff, | § § § | |
| V. | § § | CIVIL ACTION NO. 2:24-CV-00028 |
| LAURIE SUE BALDWIN, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation ("M&R"). (D.E. 7). The M&R recommends that the Court deny Plaintiff's motion to proceed in forma pauperis, (D.E. 2), and dismiss Plaintiff's claims for failure to prosecute. (D.E. 7, p. 2).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Badaiki v. Schlumberger Holdings Corp.*, 512 F. Supp. 3d 741, 743–44 (S.D. Tex. 2021) (Eskridge, J.).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety.

1 / 2

(D.E. 7). Accordingly, the Court **DENIES** Plaintiff's motion to proceed in forma pauperis.

(D.E. 2). All claims in this action are **DISMISSED with prejudice**. A final judgment will be entered separately.

    SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
      May 29, 2024